UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER BUCKENBERGER** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 15-1785** |
| **GERALD J. NIELSEN, ET AL.** | **SECTION: "H"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly;

**IT IS ORDERED** that Plaintiff's pending motions are denied and his suit is dismissed with prejudice pursuant to 28 U.S.C. §1915A(b).

New Orleans, Louisiana, this 26th day of August, 2015.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE